# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROSEMARY L. RANKIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-05-1130-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

On September 13, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended the decision of the Social Security Administration be reversed and remanded for further proceedings. Magistrate Judge Bacharach advised the parties of their right to file written objections to the Report and Recommendation by October 3, 2006. Magistrate Judge Bacharach further advised the parties that failure to make timely objections would result in a waiver of the right to appeal the suggested ruling.

To date, no objection has been filed and no request for extension of time to so object has been filed. With no objection being filed by either party, the court accepts, adopts, and affirms the Report and Recommendation in all respects.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on September 13, 2006 (doc. no. 22) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The decision of the Social Security Administration is **REVERSED**, and this matter is **REMANDED** to the Social

Security Administration for further proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

ENTERED this 4th day of October, 2006.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-1130p002(pub).wpd